Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Christina Gasparian, State Bar No. 322621
E-Mail: cgasparian@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants,
COUNTY OF LOS ANGELES and SCOTT SMITH

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Marcel F. Sincich, Esq. (SBN 319508)
*msincich@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**LAW OFFICES OF JOOHAN SONG**
Joohan Song (SBN 232811)
*js@jsonglaw.com*
800 West 6th Street, Suite 1410
Los Angeles, CA 90017
Tel: (213) 297-7275
Fax: (888) 981-5041

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ACEVES, CRYSTAL ACEVES, and EVELYN ACEVES,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; SCOTT SMITH; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-00636-MCS (JPRx)<br>[*Honorable Mark C. Scarsi*]<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case, hereby stipulate to the dismissal of all claims brought by Plaintiffs and this entire action, with prejudice. Each side is to bear its own attorney's fees and costs incurred in this matter.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 27, 2023     HURRELL CANTRALL LLP

By: _____/s/ CHRISTINA GASPARIAN_____
THOMAS C. HURRELL
CHRISTINA GASPARIAN
Attorneys for Defendants, COUNTY OF LOS ANGELES and SCOTT SMITH

DATED: November 27, 2023     LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF JOOHAN SONG

By: _____/s/ DALE K. GALIPO_____
DALE K. GALIPO
MARCEL F. SINCICH
JOOHAN SONG
Attorneys for Plaintiffs