# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ACEVES, CRYSTAL ACEVES, and EVELYN ACEVES,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; SCOTT SMITH; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-00636-MCS (JPRx)<br>[*Honorable Mark C. Scarsi*]<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL** |

## [PROPOSED] ORDER

Pursuant to the Joint Stipulation for Dismissal with Prejudice filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the case has ended and is hereby dismissed. Each side shall bear its own attorney's fees and costs incurred in this matter.

**IT IS SO ORDERED:**

DATED: _____   _____

Hon Mark C. Scarsi
United States District Judge